## Commonwealth ex rel. Young, Appellant, *v.* Maroney.

Submitted April 10, 1967. *Abe Young,* appellant, in propria persona; *Edwin J. Martin* and *Charles B. Watkins,* Assistant District Attorneys, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth *v.* Baker, Appellant.

Submitted April 10, 1967. *Richard Baker,* appellant, in propria persona; *Edwin J. Martin,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Brown, Appellant.

Submitted April 10, 1967. *Willard Orlando Brown,* appellant, in propria persona; *William D. Phillips,* Assistant District Attorney, and *Harold V. Fergus,* District Attorney, for Commonwealth, appellee.

Order affirmed.